# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5442
_____

DOMINIC GAINES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

March 15, 2018

PER CURIAM.

DISMISSED.

WOLF, LEWIS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dominic Gaines, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.